UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN D. MYERS, JR., ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| vs. ) | No. 1:20-cv-00392-JMS-DLP |
| ) | |
| EQUIFAX INFORMATION SERVICES, LLC, ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., and ) | |
| TRANS UNION, LLC, ) | |
| ) | |
| *Defendants*. ) | |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** against Plaintiff and in favor of Defendants on Plaintiff's individual claims. The class claims are **DISMISSED WITHOUT PREJUDICE**.

Date: 9/16/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**