# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN D. MYERS, JR., <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES LLC, *et al.*, <br><br> Defendants. | Case No. 1:20-cv-00392-JMS-DLP |

## NOTICE OF SETTLEMENT

Comes now Plaintiff John D. Myers, Jr., by and through his undersigned counsel, and hereby notifies the Court that the Seventh Circuit appeal of the above-captioned lawsuit has been settled. Plaintiff further states:

1. Plaintiff is John D. Myers, Jr. Defendants are Equifax Information Services LLC ("Equifax"), Experian Information Solutions, Inc. ("Experian"), and Trans Union LLC ("Trans Union").

2. Plaintiff sued Defendants for an alleged violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*.

3. This case was removed to federal court on February 4, 2020 (Dkt. 1).

4. On September 16, 2022, the Court granted Defendants' Motion for Summary Judgment (Dkt. 229). Final Judgment was entered against Plaintiff and in favor of Defendants the same day (Dkt. 230).

5. Plaintiff filed a Notice of Appeal on October 6, 2022 (Dkt. 234). *See Myers v. Equifax Information Servs., LLC*, No. 22-2787 (7th Cir.).

6.       Trans Union, Equifax, and Experian filed Bills of Costs on September 26, 2022, September 29, 2022, and September 30, 2022, respectively (Dkt. 231, 232, 233). After each of those Bills of Costs were granted (Dkt. 240, 241, 242), Plaintiff filed a Motion to Review Clerk's Taxation of Costs (Dkt. 243).

7.       On January 23, 2023, the Court granted Plaintiff's Motion to Review in part (Dkt. 246). Defendants were ordered to file updated Bills of Costs consistent with the Court's ruling by February 24, 2023.

8.       Plaintiff has reached a settlement in principle of the Seventh Circuit appeal with all Defendants but needs to work out language regarding the release.

9.       Plaintiff anticipates filing a Notice of Dismissal of the Seventh Circuit appeal within 30 days.

10.      In light of the settlement, Plaintiff respectfully requests that the deadline for Equifax, Experian, and Trans Union to file their respective revised Bills of Costs should be stayed pending the filing of said Notice of Dismissal, at which time the deadline should be mooted.

Dated:  February 24, 2023.

*Respectfully submitted,*

By: /s/ Matthew S. Robertson
Michael H. Rapp
Matthew S. Robertson
Stecklein & Rapp Chartered
748 Ann Avenue, Suite 101
Kansas City, Kansas 66101
Telephone: 913-371-0727
Facsimile: 913-371-0727
Email: MR@KCconsumerlawyer.com
           MSR@KCconsumerlawyer.com

Keith J. Keogh

        William M. Sweetnam (admitted *pro hac vice*)
Keogh Law, Ltd.
55 West Monroe St., Suite 3390
Chicago, IL 60603
Telephone: 312-726-1092
Email: keith@keoghlaw.com
       wsweetnam@keoghlaw.com

and

John T. Steinkamp
John T. Steinkamp & Associates
5214 South East Street, Suite D-1
Indianapolis, IN 46227
Telephone: 317-780-8300
Facsimile: 317-217-1320
Email: john@johnsteinkampandassociates.com

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was filed on February 24, 2023, using the District Court's CM/ECF electronic filing system, which will send notice to all counsel of record.

    /s/ Matthew S. Robertson
Attorney for Plaintiff